UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

JOHN ASHLEY RODRIGUES            CIVIL ACTION NO. 18-1287

                                                 SECTION P

VS.

                                                 JUDGE TERRY A. DOUGHTY

BRYAN FINLEY                       MAG. JUDGE KAREN L. HAYES

**REPORT AND RECOMMENDATION**

      Plaintiff John Ashley Rodrigues, a prisoner at the Lafayette County Jail proceeding pro se and in forma pauperis, filed the instant Complaint against Nurse Bryan Finley on October 1, 2018, under 42 U.S.C. § 1983.[1]

      On October 15, 2018, the undersigned ordered Plaintiff to amend his Complaint, remedy certain deficiencies, and provide specific information. [doc. # 5]. The undersigned cautioned Plaintiff that his suit may be dismissed if he failed to comply. *Id.*

      A district court may dismiss an action based on a plaintiff's failure to prosecute or comply with a court order. FED. R. CIV. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte* on this basis. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the [d]istrict [c]ourts." *Id.*

      Here, Plaintiff has failed to comply with the Court's October 15, 2018 Order by the November 14, 2018 deadline.

---

[1] This matter has been referred to the undersigned for review, report, and recommendation in accordance with 28 U.S.C. § 636 and the standing orders of the Court.

Accordingly, **IT IS RECOMMENDED** that Plaintiff John Ashley Rodrigues's Complaint, [doc. # 1], be **DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

In Chambers, Monroe, Louisiana, this 17th day of December, 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE