# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| JOHN ASHLEY RODRIGUES | CIVIL ACTION NO. 18-CV-1287 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| BRYAN FINLEY | |
| | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff John Ashley Rodrigues's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 7th day of January, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE